INDUSTRIAL ENGINEERING COMPANY v. JENNISON-WRIGHT COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

CLAUDE M. NANKIVEL and Others v. OMSK ALL RUSSIAN GOVERNMENT and Others.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals and for a stay granted. Settle order on notice. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

In the Matter of GERSETA CORPORATION v. THE SILK ASSOCIATION OF AMERICA. — Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH SORRO.— Motion denied. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

ALICE RYAN v. ACME BACKING CORPORATION.— Motion granted. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

STEPHEN McQUADE, an Infant, etc., v. NATHAN SCHWEITZER COMPANY, INC. STEPHEN McQUADE v. NATHAN SCHWEITZER COMPANY, INC.— Motion granted. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

BESHARE GANIM and Others v. GUSTAV ROSENBAUM and Others.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

ISAIOU TRADING CORPORATION v. STANDARD RICE COMPANY OF NEW YORK.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

In the Matter of ARTHUR J. LEVINE, an Attorney.— Reference ordered to Hon. John W. Goff, official referee. Settle order on notice. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.

THE PUBLIC NATIONAL BANK OF NEW YORK, Appellant, v. WILLIAMS-SHOR Co., INC., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Finch and McAvoy, JJ.

EDUCATIONAL FILMS CORPORATION, Appellant, v. GLOBE INDEMNITY COMPANY, Respondent, Impleaded with LINCOLN & PARKER Co., INC., Defendant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

JENNIE T. QUINN, Appellant, v. THE CITY OF NEW YORK and Others, Respondents.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, upon the authority of *Kingsbridge Railway Co.* v. *City of New York* (204 App. Div. 369), decided herewith. Settle order on notice. Present — Clarke, P. J., Smith, Page and Finch, JJ.

THE NATIONAL PARK BANK OF NEW YORK, Respondent, v. ROYAL CARD AND PAPER COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and Finch, JJ.